JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re<br><br>    DANA HOLLISTER,<br><br>                      Debtor,<br><br>BOBS, LLC,<br><br>              Defendant/Appellant,<br><br>  vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND PARAMOUR HOLDINGS, LLC, f/b/o BANKRUPTCY ESTATE OF DANA HOLLISTER,<br><br>              Plaintiff/Appellee. | USDC Case No. 2:22-cv-07508-JLS<br><br>Adversary No. 2:21-ap-01173-NB<br><br>Bankruptcy No. 2:18-bk-12429-NB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL** |

Based upon the Stipulation of all counsel of record, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Bankruptcy Procedure 8023(a). Each party shall bear its own costs.

**IT IS SO ORDERED**

Dated: May 18, 2023

JOSEPHINE L. STATON
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2